UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                Case No.: 8:19-bk-06681-CPM
                                                                      Chapter 7
Gladys Llano

_____DEBTOR_____/

OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, Larry Hyman, the Trustee in this case, by and through the undersigned counsel objects to the relief requested in the *Motion for Relief from the Automatic Stay* (Dkt. No. 10) (hereinafter the "Motion for Relief") filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Mr. Cooper") and in support thereof states as follows:

1. Mr. Cooper seeks to lift the stay with regard to a property located at 13408 Sunvale Place, Tampa, Florida 33626 (hereinafter "the Property"), to pursue its in rem remedies. After some online research, it appears that the Property is a viable asset of the estate with a value greater than $264,835.00 and that upon sale could generate enough sale proceeds to create a meaningful distribution to the unsecured creditors of the estate.

2. The Trustee has already identified real estate professionals to help liquidate the Property as efficiently as possible and will be filing applications to employ these individuals shortly.

WHEREFORE, the Trustee seeks an order denying Mr. Cooper's Motion for Relief so that he may try to sell the Property for the benefit of all interested parties, and for any other relief which this court deems just.

DATED: September 3, 2019

/s/ Kelly C. Burke
Richard M. Dauval, Esq.
Kelly C. Burke, Esq.
Attorneys for the Trustee
Leavengood, Dauval, & Boyle, P.A.
3900 1st Street North, Saint Petersburg, FL 33703
rdauval@leavenlaw.com
kburke@leavenlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 3, 2019, a true and correct copy of the foregoing was provided by U.S. mail and/or electronic delivery to: U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov; Nationstar, LLC d/b/a Mr. Cooper, c/o Nathalie Rodrigues, Esq., nrodriguez@rasflaw.com

/s/ Kelly C. Burke
Kelly C. Burke, Esq.